UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-357-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHRISTY WAGNER-COOK | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter comes before the Court on the Defendant's Sealed Motion to Continue her Sentencing hearing. Upon consideration of the circumstances and for the reasons and good cause shown, the motion is GRANTED. Defendant's sentencing is continued to a term no earlier than the February, 2021 Term of Court.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 USC 3161(h)(7)(A) for the reason that the interests of justice outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED, this 16 day of September, 2020.

JAMES C. DEVER, III
United States District Judge