UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-357-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| CHRISTY WAGNER-COOK | ) |
| Defendant | ) |

This matter is before the Court on Defendant's Motion to Seal Defendant's Sentencing Memorandum. The Court finds that the Sentencing Memorandum contains sensitive information, and that the public's right to access the Sentencing Memorandum is outweighed by competing social and governmental interests. The Court further finds that there is no less drastic alternative to sealing under the circumstances.

NOW, THEREFORE, the Motion to Seal is GRANTED. The Clerk is DIRECTED to maintain the Sentencing Memorandum under seal.

SO ORDERED, this _12_ day of February, 2021.

James C. Dever III
United States District Judge